UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PATRICIA A. BROOKS            )
4348 Decatur Drive            )
Woodbridge, VA 22193,         )
                              )
        Plaintiff,            )
                              )
   v.                         )  Civil Action No. 08-0100
                              )
NEIL A.G. MCPHIE              )
Chairman                      )
Merit Systems Protection Board)
1615 M Street, N.W.           )
Washington, DC 20419,         )
                              )
        Defendant.            )
_____)
```

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 28th day of January, 2008, via certified mail, return receipt requested, upon the Attorney General as follows:

>The Honorable Michael B. Mukasey
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530-0001

See Exhibit 1 (Copy of Certified Mail Card).

                                                          Respectfully Submitted,

                                           /s/ Daniel K. Gebhardt
                                          DANIEL K. GEBHARDT
                                          (D.C. Bar No. 975703)
                                          JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          (202) 496-0400

March 4, 2008                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 4th day of March 2008, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W.
>Washington, DC 20530

>/s/ Daniel K. Gebhardt
>DANIEL K. GEBHARDT

# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JAN 2 8 2008<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Hon. Michael B. Mukasey<br>Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 2150 0001 8007 4366 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |