UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PATRICIA A. BROOKS               )
4348 Decatur Drive               )
Woodbridge, VA 22193,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           ) Civil Action No. 08-0100
                                 )
NEIL A.G. MCPHIE                 )
Chairman                         )
Merit Systems Protection Board   )
1615 M Street, N.W.              )
Washington, DC 20419,            )
                                 )
        Defendant.               )
                                 )
```

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 28th day of January, 2008, via certified mail, return receipt requested, upon the United States Attorney as follows:

>    The Honorable Jeffrey A. Taylor
>    United States Attorney
>    555 Fourth Street, N.W.
>    Washington, DC 20530

See Exhibit 1 (Copy of Certified Mail Receipt and Track and Confirm results from the U.S. Postal Service); Exhibit 2 (Declaration of Daniel K. Gebhardt).

```
                              Respectfully Submitted,


                               /s/ Daniel K. Gebhardt
                              DANIEL K. GEBHARDT
                              (D.C. Bar No. 975703)
                              JOSEPH D. GEBHARDT
                              (D.C. Bar No. 113894)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

March 4, 2008                 Attorneys for Plaintiff
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1 and 2 was served this 4th day of March 2008, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W.
>Washington, DC 20530

>/s/ Daniel K. Gebhardt
>DANIEL K. GEBHARDT

# EXHIBIT 1



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8007 4373**
Detailed Results:

- Delivered, January 28, 2008, 4:59 am, WASHINGTON, DC 20530
- Notice Left, January 28, 2008, 2:51 am, WASHINGTON, DC 20530
- Arrival at Unit, January 28, 2008, 1:48 am, WASHINGTON, DC 20022
- Acceptance, January 23, 2008, 3:37 pm, WASHINGTON, DC 20210

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

DKG: Brooks, Patricia

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.65 | 0216 |
| Certified Fee | $2.65 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.45 | 01/23/2008 |

7006 2150 0001 8007 4373

Sent To  Hon. Jeffrey A. Taylor
Street, Apt. No.; or PO Box No.  ~~Unite~~ 555 Fourth Street, N.W.
City, State, ZIP+4  Washington, DC 20350

PS Form 3800, August 2006    See Reverse for Instructions

**EXHIBIT 2**

PATRICIA A. BROOKS V. MERIT SYSTEMS PROTECTION BOARD
C.A. No. 08-0100 (HHK) (D.D.C.)

### DECLARATION OF DANIEL K. GEBHARDT

I, DANIEL K. GEBHARDT, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. Our office sent a copy of the Summons and Complaint in the above-captioned case to United States Attorney Jeffrey A. Taylor on January 23, 2008.

2. The Track and Confirm results of the U.S. Postal Service show receipt on January 28, 2008.

3. On March 4, 2008, I spoke to Lakesha Carroll, a docket clerk for the U.S. Attorney's Office, via telephone. Ms. Carroll confirmed that the U.S. Attorney's Office received the Summons and Complaint in this case on January 28, 2008.


March 4, 2008                    _Daniel K. Gebhardt_____
DATE                             DANIEL K. GEBHARDT