UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS<br>4348 Decatur Drive<br>Woodbridge, VA 22193,<br><br>    Plaintiff,<br><br>    v.<br><br>NEIL A.G. MCPHIE<br>Chairman<br>Merit Systems Protection Board<br>1615 M Street, N.W.<br>Washington, DC 20419,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0100<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel K. Gebhardt as counsel for Plaintiff in the above-captioned case.

                                        Respectfully Submitted,

                                        /s/ Daniel K. Gebhardt
                                        DANIEL K. GEBHARDT
                                        (D.C. Bar No. 975703)
                                        JOSEPH D. GEBHARDT
                                        (D.C. Bar No. 113894)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

March 4, 2008                            Attorneys for Plaintiff