# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS ) <br> 4348 Decatur Drive ) <br> Woodbridge, VA 22193 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEIL A.G. MCPHIE ) <br> Chairman ) <br> Merit Systems Protection Board ) <br> 1615 M Street, NW ) <br> Washington, D.C. 20419 ) <br> ) <br> Defendant. ) <br> ) | Civil Action No: 08-0100 (HHK) |

## NOTICE OF ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendant in the above-captioned civil action.

Respectfully submitted,

/s/ _____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov