## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEIL A.G. MCPHIE, Chairman, | )   No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant United States of America respectfully moves this Court to enlarge the time from March 28, 2008, to April 28, 2008, for Defendant to respond to the Complaint. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Brooks on the extension motion, and counsel for Brooks consented to the relief requested.

There is good cause for the Court to grant this Motion. The undersigned counsel has been recently assigned the above-captioned matter, and the undersigned counsel needs an additional thirty days to respond to the Plaintiff's Complaint. The extension is needed so that the undersigned counsel can have an opportunity confer further with agency counsel to learn the background of the case and become more familiar with the underlying legal issues. Furthermore, an extension is needed for the undersigned counsel to prepare a response for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline until April 28, 2008, for Defendant to respond to the Complaint.

Dated: March 24, 2008.                      Respectfully Submitted,


                                            ____/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            ____/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            ____/s/_____
                                            BRANDON L. LOWY
                                            Special Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0364


                                            Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEIL A.G. MCPHIE, Chairman, | )    No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 28, 2008, to respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge