UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEIL A.G. MCPHIE, Chairman, | )   No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### ERRATA

Defendant Neil A.G. McPhie, Chairman, Merit Systems Protection Board, by and through undersigned counsel, hereby submits a corrected version of Defendant's Motion for Extension of Time to Respond to the Complaint (Dkt. Entry 7). Due to an inadvertent error, the incorrect Defendant was named in the body of the motion, and the proposed Order indicated incorrectly that Defendant necessarily intends to file a dispositive motion. A corrected version of the entire motion is attached as Exhibit 1 hereto.

Dated March 24, 2008                                    Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/
                                        BRANDON L. LOWY
                                        Special Assistant United States Attorney
                                        555 Fourth St., N.W.

Washington, D.C.  20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov


Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEIL A.G. MCPHIE, Chairman, | )   No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Neil A.G. McPhie, Chairman, Merit Systems Protection Board, respectfully moves this Court to enlarge the time from March 28, 2008, to April 28, 2008, for Defendant to respond to the Complaint. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Brooks on the extension motion, and counsel for Brooks consented to the relief requested.

There is good cause for the Court to grant this Motion. The undersigned counsel has been recently assigned the above-captioned matter, and the undersigned counsel needs an additional thirty days to respond to the Plaintiff's Complaint. The extension is needed so that the undersigned counsel can have an opportunity confer further with agency counsel to learn the background of the case and become more familiar with the underlying legal issues. Furthermore, an extension is needed for the undersigned counsel to prepare a response for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline until April 28, 2008, for Defendant to respond to the Complaint.

Dated: March 24, 2008.   Respectfully Submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

\_\_\_\_/s/_____
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATRICIA A. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEIL A.G. MCPHIE, Chairman, | ) | No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 28, 2008, to respond to the Complaint.

SO ORDERED.

_____
U.S. District Judge