UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| NEIL A.G. MCPHIE, Chairman, ) | No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO ANSWER THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant respectfully moves this Court to enlarge the time from April 28, 2008, to May 5, 2008, for Defendant to answer the Complaint. There is good cause for the Court to grant this Motion. The undersigned counsel needs an additional week to confer further with agency counsel and prepare a proper answer for client and supervisory review prior to filing it with the Court. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Plaintiff on the extension motion, and counsel for Plaintiff consented to the relief requested.

For these reasons, the Court should extend the deadline until May 5, 2008, for Defendant to answer the Complaint.

Dated: April 25, 2008.          Respectfully Submitted,


                                  /s/ _____
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney


                                   /s/ _____

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364


Attorneys for Defendant

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEIL A.G. MCPHIE, Chairman, | )   No. 1:08-cv-0100-HHK |
| Merit Systems Protection Board, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 5, 2008 to answer the Complaint.

SO ORDERED.

_____
U.S. District Judge