**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
PATRICIA A. BROOKS,                    )
                                       )
       Plaintiff,                      )
                                       )
   v.                                  ) Civil Action 08-0100 (HHK)
                                       )
NEIL A.G. McPHIE                       )
MERIT SYSTEMS PROTECTION BOARD,        )
                                       )
       Defendant.                      )
_____)
```

**ENTRY OF APPEARANCE**

Please enter the appearance of Charles W. Day, Jr. as additional counsel for the Plaintiff in this action.

Respectfully submitted,

_____/s/_____
CHARLES W. DAY, JR.
D.C. Bar No. 459820
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400
billday@covad.net

June 30, 2008                          Attorney for Plaintiff