REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO:<br>08 CV100 | DATE REFERRED:<br>JULY 15, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |
| PLAINTIFF(S):<br>PATRICIA A. BROOKS | | DEFENDANT(S):<br>NEIL A.G. MCPHIE<br>Chairman, Merit Systems Protection Board | | |
| ENTRIES: | | | | |